LODGED
CLERK, U.S. DISTRICT COURT

09/23/14

CENTRAL DISTRICT OF CALIFORNIA
BY: SB          DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

SEP 29 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

INMATE # A00640526

RENE ROSAS

PLAINTIFF(S)

v.

SAN LUIS OBISPO COUNTY JAIL

DEFENDANT(S).

CASE NUMBER:

14-CV-07418 PSG- RNB

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE**

**IT IS ORDERED** that the complaint **be filed** without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____0_____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

_9/24/14_
Date

ROBERT N. BLOCK
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency.
☐ Failure to authorize disbursements from prison trust account to pay filing fee.
☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
☐ District Court lacks jurisdiction.
☐ Other _____

☐ Frivolous, malicious or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g).
☐ Leave to amend would be futile.
☐ Seeks monetary relief from a defendant immune from such relief.
☐ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. 28 U.S.C. § 1915(g); see O'Neal v. Price, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:

_____
Date

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:
☐ **GRANTED**    ☐ **DENIED**    ☐ **DENIED with leave to amend within 30 days**
Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number.
If plaintiff does not timely submit an appropriate response to this Order, the Clerk is directed to close the case.

_____
Date

_____
Chief United States District Judge