JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-20-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ROSAS,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN LUIS OBISPO COUNTY JAIL,<br><br>    Defendant. | Case No. CV 14-7418-PSG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 19, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE